UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Versa Die Cast, Inc.,

Plaintiff,

vs.

White Consolidated Industries, Inc.
d/b/a Americold,

Defendant.

Court File No. CV 00-2384 [DWF/SRN]

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between the parties, that this action, and all claims asserted herein, may be fully and finally dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

Date: ~~December~~ March 19, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]
Mark S. Olson #82120
Carey S. Meyer #270726
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100

**ATTORNEYS FOR PLAINTIFF**

FILED MAR 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: ~~December __, 2000~~
2/15/01

ABRAMS & SMITH, P.A.

By________________________________

Jerome B. Abrams #126627
Lauris Alan Heyerdahl #216008
625 Marquette Avenue
Suite 700
Minneapolis, Minnesota 55402
Telephone: (612) 342-2100
Fax Telephone: (612) 342-2107

**ATTORNEYS FOR DEFENDANT**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by the parties herein, this action is hereby dismissed with prejudice and without costs and disbursements to any party.

Let judgment be entered accordingly.

________________________________
Honorable Donovan W. Frank